IN THE UNITED STATES DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Gabriel Luis Vasquez<br>Petitioner<br>V.<br>William Sperfslage<br>Warden | Case No. 4-17-CV-00358 RP<br><br>90 Day Status Update |

Comes now Petitioner Vasquez, Pro se in support of the above captioned Status Update and hereby respectfully submits the following statement for this Honorable Courts consideration:

### Statement

Vasquez recently received the Reply Brief from Attorney Hurley with the Appendix, however has not had the opportunity to speak with him about it.

On December 5, 2022 Vasquez filed his third PCR action in State District Court, Vasquez V. State PCCE 135628 based on the U.S. Supreme Courts decision in New York Firearms V. Bruen 597 U.S. ___ 20-843 (2022).

The State District Court appointed counsel to represent Vasquez, whom informed Vasquez he was no longer doing PCR actions and would be filing to

(1)

withdraw. On January 24, 2023 counsel was allowed to withdraw with the Court stating it would revisit the issue of counsel after the State responds to the application. Eighteen minutes later the Court then ORDERED the State would have 60 days from entry of the order to file an answer or motion for summary disposition for review by the Court. Vasquez is filing an objection to the order.

Vasquez will continue to keep this Honorable Court updated on the developments of his actions and appreciates the patience it has exhibited for him.

Respectfully Submitted—

*[signature]*

2/17/23

Gabriel L. Vasquez

(2)



RECEIVED
FEB 24 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

To: Clerk, Federal District Court - Southern District of Iowa

Hello. Please find enclosed the following document:

A) 90 Day Status Update

Please file with the EDMS as usual and thank you very much. Of course, please serve all parties as usual.

Sincerely -

2/17/23

Gabriel L. Vasquez

Gabriel L. Vasquez 1103650
Anamosa State Prison
406 N. High St.
Anamosa, IA 52205

CEDAR RAPIDS IA 522
21 FEB 2023 PM 2 L

X-RAYED & CLEARED BY U.S.M.S. GC

Clerk, United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, IA 50306

NOTICE: This Correspondence was mailed from an institution of the Iowa Department of Corrections

50306-934444